M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2019 NOV 25  A 11:28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Elisha A Burch
Full name and prison name of
Plaintiff(s)

v.

Elmore County
Jail

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:19-cv-929-WHA-CSC
(To be supplied by Clerk of U.S. District
Court)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit:

       Plaintiff(s) Elisha A Burch

       Defendant(s) Elmore County Jail

   2.  Court (if federal court, name the district; if state court, name the county)

       middle Distric 19th circuit

3. Docket number _____

4. Name of judge to whom case was assigned __Glenn J. Goggans__

5. Disposition (for example; was the case dismissed? Was it appealed? Is it still pending?) __Still pending__

6. Approximate date of filing lawsuit __Nov. 18, 2019__

7. Approximate date of disposition __4/9/2019__

II. PLACE OF PRESENT CONFINEMENT __Elmore County Jail__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Elmore County Jail__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Glenn J. Goggans | 8955 US Hwy 231 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __4/9/2019__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __Unlawful bond__

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Unresonable bond, Cash only (violation of rights)

GROUND TWO:

SUPPORTING FACTS:

GROUND THREE:

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Bond reduction — DC 2019-655, 656, 657, 658
Remove Cash Only

*Ellum Beechm*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ .
         (Date)

_____
Signature of plaintiff(s)

Elisha Burch

Elmore County Jail
8955 US Hwy 231
Wetumpka, AL 36092

MONTGOMERY AL 360
22 NOV 2019 PM 4 L

1 Church St
U.S. Middle District
Federal Court House
Montgomery AL 36104

Legal Mail

36104-401801